UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| The Huntington National Bank, Successor to Fidelity Bank, a national banking association, | Case No. 2:13-cv-13841<br>Judge Victoria A. Roberts |
| Plaintiff, | |
| vs. | |
| JS & P, L.L.C., a Michigan limited liability Company, JAMES J. PRICE, an individual, FAST TRACK AUTO SERVICE CENTER, L.L.C., a Michigan limited liability company, LOYAL INVESTMENTS, INC., a Michigan corporation, JAMES M. PRICE, an individual, FAST TRACK SELF SERVE WASH, L.L.C., a Michigan limited liability company, SRS, L.L.C., a Michigan limited liability company, and SUSAN PRICE, jointly and severally, | |
| Defendants. | |

_____/

## PROOF OF SERVICE

STATE OF MICHIGAN)
             ) ss.
COUNTY OF WAYNE)

I, Antinette Gaty, hereby certify that on March 21, 2014, she mailed a copy of First Interim Report Of Receiver to the Chambers of Victoria A. Roberts. Also, a copy of same was mailed to Douglas C. Bernstein, Esq. at 38505 Woodward Ave., Ste. 2000, Bloomfield Hills, MI 48304, Patrick C. Lannen, Esq. at 38505 Woodward Ave., Ste. 2000, Bloomfield Hills, MI

48304 and James and Susan Price at c/o 15779 15 Mile Road, Clinton Township, MI 48035.

                                                        /S/ Antinette Gaty
                                                        Antinette Gaty
                                                        645 Griswold, Ste. 3466
                                                        Detroit, MI 48226
                                                        (313) 962-6400
                                                        Secretary to Stephen P. Stella
                                                        attorneystella@sszpc.com

Subscribed and sworn to before me
this 21st day of March, 2014

/S/ Stephen P. Stella
STEPHEN P. STELLA, Notary Public
Oakland County, Michigan
My commission expires: 11-18-17