

**First American Title Insurance Company**
**National Commercial Services**
900 Wilshire Drive, Suite 300 • Troy, MI 48084

Office Phone: (248)458-7200   Office Fax: (866)714-8131

*Seller's Final Settlement Statement*

| | | | |
|---|---|---|---|
| Property: | 15779 Fifteen Mile Rd and, 35125 Utica Road, Clinton Township, MI 48035 | File No: | NCS-659087-D-MICH |
| | | Officer: | Patricia Cadena/pc |
| | | Settlement Date: | 08/06/2015 |
| | | Disbursement Date: | 08/06/2015 |
| | | Print Date: | 08/04/2015, 12:23 PM |
| Buyer: | 35125 Utica, LLC | | |
| Address: | 35891 Utica Road, Clinton Township, MI 48035 | | |
| Seller: | Basil T. Simon, Court Appointed Receiver; Basil T. Simon, Court Appointed Receiver | | |
| Address: | c/o Simon, Stella & Zingas, P.C., 645 Griswold, Ste. 3466, Detroit, MI 48226 | | |
| Lender: | | | |
| Address: | | | |
| New Loan No.: | | | |

| Charge Description | Seller Charge | Seller Credit |
|---|---|---|
| **Adjustments:** | | |
| Buyer Deposit Directly to Seller Outside Closing | 10,000.00 | |
| Sales Price - 15779 Fifteen Mile Road | | 231,101.62 |
| Sales Price - 35125 Utica Road | | 193,898.38 |
| | | |
| **Payoff Loan(s):** | | |
| Lender: The Huntington National Bank | | |
| Mortgage Release-JS & P (Less EMD) - The Huntington National Bank | 183,898.38 | |
| Mortgage Release-Fast Track - The Huntington National Bank | 231,101.62 | |
| | | |
| **Totals** | 425,000.00 | 425,000.00 |

Buyer is assuming all past due water bills.

SELLER(S):

Fast Track Auto Service Center, L.L.C., a Michigan limited liability company by Basil T. Simon, Receiver under Order of Appointing Receiver Case No. 13-13841 as to 15779 Fifteen Mile Rd.

By: Basil T. Simon, Court Appointed Receiver

JS & P, L.L.C., a Michigan limited liability company by Basil T. Simon, Receiver under Order of Appointing Receiver Case No. 13-13841 as to 35125 Utica Road

By: Basil T. Simon, Court Appointed Receiver

Initials: _____

Page 1 of 1