## Category Report - All Dates
8/21/2008 through 8/19/2015

8/19/2015

Page 1

| Date | Num | Description | Memo | Category | Clr | Amount |
|---|---|---|---|---|---|---|
| 6/20/2014 | I 2870 | H & A QUALITY SERVICE, L... | DEPOSIT | HUNTINGTON BANK (JS & P) | R | 10,000.00 |
| 8/13/2015 | I WIRE | HUNTINGTON BANK/JS & P | RETURN D... | HUNTINGTON BANK (JS & P) | | -10,000.00 |
| **8/21/2008 - 8/19/2015** | | | | | | **0.00** |

|  |  |
|---|---|
| **TOTAL INFLOWS** | 10,000.00 |
| **TOTAL OUTFLOWS** | -10,000.00 |
| **NET TOTAL** | 0.00 |