## SUMMARY OF TIME
## BASIL T. SIMON, RECEIVER
## 06/01/15 - 06/30/15

RE: JS & P, LLC

| DATE | WORK PERFORMED | TIME |
|---|---|---|
| 06/01/15 | Receipt and review of Letter of Intent from Sam; Email to Gary re: same | .6 |
| 06/10/15 | T/C with Sam re: status of bifurcated offer | .4 |
| 06/18/15 | T/C with Court re: Status Conference | .4 |
|  | T/C with Clinton Twp. Water Department re: turning on water for inspection | .6 |
| 06/23/15 | Review of email from Patrick & Sperti re: inspection | .3 |
| 06/24/15 | Review of email from inspection | .1 |
| 06/25/15 | T/C with P. Sperti re: inspection report | .2 |
| 06/25/15 | T/C with Sam re: status | .2 |
|  |  |  |
|  |  |  |
| **TOTAL** |  | **2.8** |

**RECEIVER FEES:** $560.00
2.8 hours @ $200.00 per hour

**EXPENSES:** $0.00

**TOTAL AMOUNT DUE:** $560.00

## SUMMARY OF TIME
## BASIL T. SIMON, RECEIVER
## 07/01/15 - 07/31/15

RE: JS & P, LLC

| DATE | WORK PERFORMED | TIME |
|---|---|---|
| 07/01/15 | Email to G. Rusch re: status | .2 |
| 07/08/15 | Review and approval of _____ to Purchase Agreement | .4 |
| 07/09/15 | Email from Sperti re: motion | .1 |
|  | Email from Sperti re: closing | .1 |
|  | Approval and email of canceled Purchase Agreement to Sperti | .2 |
| 07/20/15 | Email from Sperti re: SBA approval; Email to all parties | .6 |
| 07/22/15 | T/C with Sam re: closing | .4 |
| 07/28/15 | Email from G. Rusch re: updated approval | .2 |
|  | Email to G. Rusch re: survey | .2 |
|  | Review of emails re: personal property tax issue | .2 |
|  | Email from G. Rusch re: bank approval and wire instructions; Email to title company re: same | .6 |
| 07/29/15 | Email to title company re: wiring of funds | .4 |
|  | Email from title company & Sperti re: closing | .4 |
|  | Email to Price re: vacating premises | .6 |
|  | T/C w/ Sam re: status | .2 |
| 07/30/15 | Preparation and filing of Summons and Complaint to evict Price | 1.0 |
|  | Email to G. Rusch re: closing | .1 |
|  | Email to title company re: status of closing and preparation of deeds | .4 |
|  |  |  |
| TOTAL |  | 6.3 |

**RECEIVER FEES:** $1,260.00
6.3 hours @ $200.00 per hour

**EXPENSES:** <u>$66.00</u>
07/3015      41B District Court (filing fee)      $45.00

| | | |
|---|---|---|
| 07/30/15 | LPS (court service fee) | $21.00 |

**TOTAL AMOUNT DUE:** $1,326.00

## SUMMARY OF TIME
## BASIL T. SIMON, RECEIVER
## 08/01/15 - 08/31/15

RE: JS & P, LLC

| DATE | WORK PERFORMED | TIME |
|---|---|---|
| 08/03/15 | Email to G. Rusch, R. Brewer, Pat from 1st American Title re: Closng | .4 |
| | T/C with Sam re: same | .1 |
| | T/C with Sam re: eviction of Price | .2 |
| | Review of revised Deeds | .4 |
| 08/04/15 | Email to Pat re: items needed for closing | .4 |
| | Review of Closing Statement & other documents | .6 |
| 08/05/15 | Approval of closing Documents and email to Pat | .6 |
| | T/C w/ Sam to confirm closing | .2 |
| | Email from Pat re: closing status | .1 |
| | Wire of deposit | 1.0 |
| | | |
| TOTAL | | 4 |

**RECEIVER FEES:**  $800.00
4.0 hours @ $200.00 per hour

**EXPENSES:**  $103.08
08/03/15   US District Court (certification of Orders)   $31.00
08/05/15   Jerry Docker (courier fee)                    $35.00
09/15      US District Court (filing fees)               $37.08

**TOTAL AMOUNT DUE:**  $903.08